# Order

Michigan Supreme Court
Lansing, Michigan

July 18, 2018

Stephen J. Markman,
Chief Justice

154442(176)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

ALI BAZZI,
      Plaintiff-Appellant,
and

GENEX PHYSICAL THERAPY, INC. and
ELITE CHIROPRACTIC CENTER, PC,
      Intervening Plaintiffs-Appellants,
and

TRANSMEDIC, LLC,
      Intervening Plaintiff-Appellee,

v

      SC: 154442
      COA: 320518
      Wayne CC: 13-000659-NF

SENTINEL INSURANCE COMPANY,
      Defendant/Third-Party
      Plaintiff-Appellee,
and

CITIZENS INSURANCE COMPANY,
      Defendant-Appellee,
and

HALA BAYDOUN BAZZI and
MARIAM BAZZI,
      Third-Party Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of appellee Sentinel Insurance Company to file a reply to the amicus curiae brief of the Michigan Association for Justice and the joint amicus curiae brief of Southeast Michigan Surgical Hospital, LLC, and Jamie Letkemann is GRANTED. The reply submitted on December 27, 2017, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2018



Clerk